U.S. DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

Robert W. Johnson,
Plaintiff.

19 CV 2782
Case No.:
Jury Trial: Yes.

v.

Victoria Fire And Casualty Company, Nationwide Insurance; Cambridge Insurance Group LLC,
Defendants.

Complaint for a Civil Case

I. The parties to this Complaint
A. The Plaintiff(s)
Robert W. Johnson
3345 Fish Ave. APT. 1

(1)

Bronx, NY 10469
(716) 717-3307

B. The Defendant(s)
1. Victoria Fire & Casualty Company
   PO Box 26005
   Daphne, AL 36526-5005
2. Nationwide Insurance: Cambridge Insurance Group LLC
   853 S. High St.
   Columbus, OH 43206
   (614) 586-1053



II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction. Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C § 1331, a case arising under the United States

(3)

Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C §1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.



Basis for federal court jurisdiction is Diversity of Citizenship 28 U.S.C § 1332.

1. a. The Plaintiff Robert W. Johnson. State of New York.

2. b. The Defendant(s) Victoria Fire And Casualty Company the laws of the state of Alabama. Principal place of business State of Alabama.



2.c. The defendant(s) Nationwide Insurance: Cambridge Insurance Group LLC. the laws of the state of Ohio. Principal place of business in the state of Ohio.

3. The Amount in Controversy

The amount in controversy - the amount the plaintiff claims the defendant owes or the amount at stake - is more than $75,000, not counting interest and costs of court because

Plaintiff and Courts have ongoing expenses due to neglect by the defendant(s) of Diversity Citizenship under 28 U.S.C §1332 jurisdiction.

III. Statement of Claim

On January 28, 2017 I, the Plaintiff, Robert W. Johnson, was a passenger in Demetrius Moore, 2008 Chevy Trailblazer in a rear-end accident done by Maureen Fabre in her 1999 Oldsmobile (see Exhibits 1)

⑦

Demetrius Moore made a left turn onto Walden Avenue from Rohr St. seconds later Maureen Fabre rear-ended the vehicle we were in causing Plaintiff serious injuries and pain and suffering. Each defendant caused Plaintiff to suffer and as a result, the Plaintiff is permanently injured and disabled. Camera footage has been requested to determine who was actually at fault as stated on Police Accident Report.

(8)

# EXHIBITS

# POLICE ACCIDENT REPORT
MV-104A (6/04)
DMV COPY

**Local Codes:** 17-028-0842 / 102
**[X] AMENDED REPORT**

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|
| Month 1 / Day 28 / Year 2017 | SATURDAY | 2142 | 2 | 1 | 0 | ☐ | ☐ | ☐ Yes ☐ No |
| | | | | | | Accident Reconstructed ☐ | | |

**[X] VEHICLE 2** ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

## VEHICLE 1

- **Driver License ID Number:** 892113147 — State of Lic: NY
- **Driver Name:** FABRE, MAUREEN
- **Address:** 17 15TH ST — Apt. No. 4
- **City:** BUFFALO — State: NY — Zip: 14213
- **Date of Birth:** 10/09/97 — Sex: F — Unlicensed ☐ — No. of Occupants: 2 — Public Property Damaged ☐
- **Name on registration:** WILSON, JACLYN — Sex: F — DOB: 4/29/97
- **Address:** BUFFALO 116 ISABELLE ST — Apt. 2F — Haz. Mat Code — Released ☒
- **City:** BUFFALO — State: NY — Zip: 14207
- **Plate Number:** HMG 3881 — State: NY — Year/Make: 1999 OLDS — Vehicle Type: 4DS — Ins. Code: 693
- **Ticket/Arrest Number:** BU076KTT3H
- **Violation Section:** 511A V&T

## VEHICLE 2

- **Driver License ID Number:** 324 277 805 — State of Lic: NY
- **Driver Name:** MOORE, DEMETRIUS
- **Address:** 61 TARKINGTON
- **City:** N. TONAWANDA — State: NY — Zip: 14150
- **Date of Birth:** 07/04/1983 — Sex: M — No. of Occupants: 2
- **Name on registration:** DRIVER
- **Plate Number:** FWP6352 — State: NY — Year/Make: 2008 CHEVY — Vehicle Type: SUV — Ins. Code: 195

### Vehicle Damage Codes
- Vehicle 1: Box 1 POI: 6 / Box 2 Most Damage: 6 — more codes: 3, 4, 5
- Vehicle 2: Box 1 POI: 9 / Box 2 Most Damage: 9 — more codes: 10, 4, 5

**Accident Diagram:** Sideswipe (same direction) — circled (#2)

### Accident Description / Officer's Notes

SEE ORIGINAL REPORT FOR NARRATIVE. ON 1/29/17 ROBERT JOHNSON CAME TO STATION D REPORT HE WAS IN VEHICLE 2 WHEN IT WAS STRUCK. HE STATED HE WAS PICKED UP BY HIS GIRLFRIEND 15 MIN AFTER THE ACCIDENT AND ON 1/29/17 HE WENT TO SISTERS HOSPITAL FOR HEAD/NECK/BACK PAIN. VIDEO REQUESTED

**Place Where Accident Occurred:** County ERIE — [X] City of BUFFALO
**Road on which accident occurred:** 143 WARDEN

### All Involved

| | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 4 | 1 | 25 | F | — | — | 6 | — | — | FABRE MAUREEN | — |
| B | 3 | 4 | 1 | 25 | F | — | — | 6 | — | — | WILSON JACLYN | — |
| C | 2 1 | 4 | | 33 | M | — | — | 6 | — | — | DEMETRIUS MOORE | — |
| D | 2 3 | 4 | 1 | 32 | M | 4 | 14 | 6 | — | — | JOHNSON, ROBERT | — |

**Officer's Rank and Signature:** PO
**Print Name:** POBLOCKI
**Badge/ID No.:** 17257
**NCIC No.:** 01401
**Precinct/Post:** C
**Station/Beat/Troop/Zone Sector:** 2
**Date/Time Reviewed:** 1/29/17 2040

# POLICE ACCIDENT REPORT
MV-104A (6/04)

Local Codes: 17-628-0842 / 102

☐ AMENDED REPORT   DMV COPY

C-102 (203)

**1. Accident Date:** Month 1, Day 28, Year 2017  **Day of Week:** Saturday  **Military Time:** 2142  **No. of Vehicles:** 2  **No. Injured:** 0  **No. Killed:** 0
Not Investigated at Scene ☐  Accident Reconstructed ☐  Left Scene ☐  Police Photos ☐ Yes ☒ No

☒ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

**VEHICLE 1 - Driver**
License ID Number: 892113147  State of Lic.: NY
Driver Name: FABRE, MAUREEN
Address: 17 15TH ST  Apt. No.: 4
City: BUFFALO  State: NY  Zip: 14213
Date of Birth: 10/09/91  Sex: F  Unlicensed ☐
No. of Occupants: 2  Public Property Damaged ☐
Name as printed on registration: WILSON, JACLYN  Sex: F  DOB: 04/29/91
Address: 116 ISABELLE ST  Apt. No.: 2F  Haz Mat Code: —  Released ☒
City: BUFFALO  State: NY  Zip: 14207
Plate Number: HMG3851  State of Reg.: NY  Vehicle Year & Make: 1999 OLDS  Vehicle Type: 4DS  Ins. Code: 693
Ticket/Arrest Number(s): BU076KTT 3H
Violation Section(s): 511A V&T

**VEHICLE 2 - Driver**
License ID Number: 324277805  State of Lic.: NY
Driver Name: MOORE, DEMETRIUS DAMONS
Address: 61 TARKINGTON
City: N. TONAWANDA  State: NY  Zip: 14150
Date of Birth: 07/04/1983  Sex: M  Unlicensed ☐
No. of Occupants: 1  Public Property Damaged ☐
Name as printed on registration: DRIVER
Plate Number: GWP6352  State of Reg.: NY  Vehicle Year & Make: 2008 CHEVY  Vehicle Type: SUV  Ins. Code: 195

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact: 6  Box 2 - Most Damage: 6
Enter up to three more Damage Codes: 3, 4, 5
Vehicle Towed: —

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact: 9  Box 2 - Most Damage: 9
Enter up to three more Damage Codes: 10
Vehicle Towed: —

Accident Diagram: Sideswipe (same direction) circled

Cost of repairs to any one vehicle will be more than $1000.
☒ Unknown/Unable to Determine  ☐ Yes  ☐ No

**Place Where Accident Occurred:**
County: ERIE  ☒ City ☐ Village ☐ Town of BUFFALO
Road on which accident occurred: 143 WALDEN

**Accident Description/Officer's Notes:**
DRIVER 2 WAS SITTING IN PARKED VEHICLE. DRIVER 1 VEHICLE BEGAN TO FISH TAIL DUE TO SNOW COVERED ROADS. THE REAR END OF VEHICLE 2 STRUCK VEHICLE 1. DRIVER 1 LICENSE WAS SUSPENDED FROM UNANSWERED SUMMONS.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | 1 | | 4 | 1 | 25 | F | — | 6 | — | FABRE, MAUREEN | — |
| B | 1 | 3 | | | 4 | 1 | 25 | F | — | 6 | — | WILSON, JACLYN | — |
| C | 2 | | | | 4 | 1 | 33 | M | — | 6 | — | DEMETRIUS MOORE | — |

Officer's Rank and Signature: PO-NS
Print Name In Full: POBLOCKI
Badge/ID No.: 17257  NCIC No.: 0401  Precinct: C  Troop/Zone: 02
Date/Time Reviewed: 1/29/17 0110



Robert Johnson
Page 1 of 2

| | |
|---|---|
| Date prepared | July 28, 2017 |
| Claim number | 658029-GE |
| Policy number | 10205601 |
| Questions? | Contact Claims Associate Joan Mahar MAHARJ@nationwide.com Phone 800-992-5358 x4533292 Fax 877-590-8188 |

Robert Johnson
c/o Carol Johnson
65 Sidney St Apt A
Buffalo, NY 14211

**Here's a summary of the benefits we've paid**

Dear Robert Johnson,

Enclosed is a summary of the benefits we've paid over the last six months for a no-fault claim involving injuries you sustained on January 28, 2017. In keeping with New York Insurance Regulation 65-3.17, we'll also provide this information to your attorney if you're working with one.

## Claim details

| | |
|---|---|
| Insurer: | Victoria Fire & Casualty Company |
| Policyholder: | Demetrius Moore |
| Claimant: | Robert Johnson |
| Claim number: | 658029-GE |
| Loss date: | January 28, 2017 |

## What to expect

You don't need to take any additional action at this time. We'll continue to send updated summaries of the benefits we've paid on your claim with in 30 days of the end of each six month time period.

## For help when you need it

If you have any questions or concerns, please contact me at 800-992-5358 x4533292 or MAHARJ@nationwide.com.

Sincerely,

Joan Mahar
Victoria Fire & Casualty Company
PO Box 26005
Daphne, AL 36526-5005

cc
Celino & Barnes

**For your protection, New York requires the following information to be included:**

Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the Department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or

Robert Johnson
Claim # 658029-GE
Page 2 of 2

you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York State Department of Financial Services, at: One State Street, New York, NY 10004; One Commerce Plaza, Albany, NY 12257; 1399 Franklin Avenue, Garden City, NY 11530; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202. Call 212-480-6400 or toll free 800-342-3736 (M-F from 8:30am – 4:30pm).

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals for the purpose of misleading information concerning any fact material thereto, and any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.

IV. Relief sought by Plaintiff is Punitive damages in the amount of $100 million dollars under 28 U.S.C. § 1332 Diversity of Citizenship; $1 million dollars in lost wages.

Date: March 20, 2019

Robert W. Johnson
Robert W. Johnson

(9)

# Certificate of Service

I, Robert W. Johnson, certify that on March 20, 2019, I served a copy of civil action request to proceed as a poor person and a civil action application upon the following:

1. Court Clerk
500 Pearl St.
New York, NY 10007
(212) 805-0136

Date: March 20, 2019          Robert W. Johnson

Dear Court Clerk:

My name is Robert W. Johnson; 3345 Fish Ave.; APT 1; Bronx, NY 10469. I am requesting permission to proceed with a civil action for a car accident on January 28, 2017 as I am a poor person with no income as of to date.

*Robert W. Johnson* (signature)
Robert W. Johnson
March 20, 2019
716-717-3307

ROBERT W. JOHNSON
3345 FISH AVE.
APT. 1
BRONX, NY 10469






U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
COURT CLERK
500 PEARL ST.
NEW YORK, NY 10007

RECEIVED
2019 MAR 27 PM 2:40
CLERK'S OFFICE
S.D.N.Y.

USMP3
SDNY

2019 MAR 28 AM 11:33
S.D. OF N.Y.

Pro Se
MR